**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 95-10637

_____


EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff-Appellant,

VERSUS

TURTLE CREEK MANSION CORPORATION,
Doing Business as Mansion on Turtle Creek,

Defendant-Appellee.

_____

No. 95-10696

_____

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff-Appellee,

VERSUS

TURTLE CREEK MANSION CORPORATION,
Doing Business as Mansion on Turtle Creek,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Northern District of Texas
(3:93-CV-1649)

_____

March 7, 1996

Before REAVLEY, DAVIS, and SMITH, Circuit Judges.

PER CURIAM:[*]

_____

Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion
(continued...)

We have read the briefs and heard oral argument and have examined pertinent portions of the record.  We conclude that the findings of the district court are supported by the record and certainly are not clearly erroneous.  Moreover, it appears that the district court properly applied the law.

Accordingly, the judgment is AFFIRMED.  In affirming, we also uphold the district court's refusal to award attorney's fees or expert witness costs.

(...continued)

should not be published except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.